JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEANDRE LEWIS,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>STATE OF CALIFORNIA,<br><br>　　　　　Respondent. | Case No. 2:23-cv-09227-GW-PD<br><br>**JUDGMENT** |

　　Pursuant to the Order Granting Petitioner's Request to Dismiss the Petition Without Prejudice,

　　IT IS ADJUDGED that the Petition is dismissed without prejudice.

DATED: February 12, 2024

_____
HON. GEORGE H. WU
UNITED STATES DISTRICT JUDGE